IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01642-REB-MEH

CHERRY CREEK RECYCLING, LLC,

     Plaintiff,

v.

GRANITE STATE INSURANCE COMPANY,

     Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2015**.

     The Stipulated Motion to Set Aside Clerk's Default and to Stay [filed November 20, 2015; docket #23] is **granted in part and denied in part**. The motion is granted as to the parties' request to set aside the Clerk's default, but denied as to the request for a stay of proceedings, as discussed at the November 23, 2015 conference. Rather, the Court understands that the parties intend to file a motion for administrative closure pursuant to D.C. Colo. LCivR 41.2.