**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 1:15-cv-01642-REB-MEH

CHERRY CREEK RECYCLING, LLC,

a Colorado limited liability company,

    Plaintiff,

v.

GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Administratively Close This Action** [#27][1] filed December 2, 2015. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and this action should be closed administratively.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Administratively Close This Action** [#27] filed December 2, 2015, is approved;

    2. That under **D.C.COLO.LCivR 41.2**, this action is closed administratively; and

    3. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

    Dated December 2, 2015, at Denver, Colorado.

                                 **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.